560 A.2d 1361

**BOEING VERTOL COMPANY, Petitioner,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD**

**and**

**Matthew J. Russo.**

Supreme Court of Pennsylvania.

June 8, 1989.

### ORDER

PER CURIAM.

AND NOW, this 8th day of June, 1989, the Petition for Allowance of Appeal is granted and the Order of the Commonwealth Court is reversed with respect to the award of attorney's fees to respondent. *Daugherty v. Workmen's Compensation Appeal Board,* 97 Pa.Cmwlth.Ct. 142, 510 A.2d 147 (1986).